AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cummings, Samuel R. | U.S. District Court Northern District of Texas | 5-2-07 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✔ Annual ___ Final | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | 5b. ___ Amended Report | Jan. 1, 2006 to Dec. 31, 2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1205 Texas Ave., Room C-210 Lubbock, Texas 79401 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION | NAME OF ORGANIZATION/ENTITY

✔ NONE (No reportable positions.)

1

2

3

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE | PARTIES AND TERMS

✔ NONE (No reportable agreements.)

1 See Section VIII

2

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE | SOURCE AND TYPE | INCOME

### A. Filer's Non-Investment Income

✔ NONE (No reportable non-investment income.)

1 $

2 $

3 $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✔ NONE (No reportable non-investment income.)

1

2

RECEIVED 2007 MAY -7 A 9 44 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel B. | 5-2-07 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

SOURCE            DESCRIPTION

[✓] **NONE** (No such reportable reimbursements.)

1

2 _____

3

4 _____

5 _____

6 _____

7 _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

SOURCE      DESCRIPTION      VALUE

[✓] **NONE** (No such reportable gifts.)

1

                                          $

2 _____

                                          $

3 _____

                                          $

4 _____

                                          $

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

CREDITOR      DESCRIPTION      VALUE CODE*

[✓] **NONE** (No reportable liabilities.)

1

2 _____

3 _____

4 _____

5 _____

*Value Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel A. | 5-2-07 |

## VII. Page 1  INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Common Stock- Wells Fargo Company | D | Div. | N | T | transfer | 9-22 | N | A | Wells Fargo Brokerage acct. |
| 2 money market - Savings Wells Fargo Bank | B | int. | L | T | | | | | |
| 3 Keogh Plan of Former Law Firm (no control) J. P. Morgan | E | Div. Int. gains | P, | T | Rollover to IRA | 9-15 | P, | A | Wells Fargo Bank IRA - CD |
| 4 CD - Wells Fargo Bank | F | int. | P, | T | | | | | |
| 5 Oil + gas royalty and working interests | | | | | | | | | |
| 6 — Dynegy (Targo) Midstream Services | B | royalties | J | W | | | | | |
| 7 — Roy Furr Estate operator | B | royalties | J | W | | | | | |
| 8 Wells Fargo Brokerage account | E | Div Int | P, | T | | | | | |
| 9 — Fed. Home Loan Mtg Bonds | E | int. | O | U | | | | | |
| 10 — Common Stock- Wells Fargo Company | B | Div | L | T | | | | | |
| 11 — CD - Bank of Daingerfield Tx | B | int. | K | T | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1) | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel A. | 5-2-07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I terminated my Keogh Plan on Sept. 15, 2006 and transferred the funds to an IRA at Wells Fargo Bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ████████████████████                      Date     5-2-07

NOTE: A█████████████████████████FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544